IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:98CR136 |
| v. | ) | |
| BARTEN A. VOLLMER, RICHARD L. ABBETT, | ) | REASSIGNMENT ORDER |
| Defendants. | ) | |

Pursuant to the recusal of District Judge Laurie Smith Camp (Filing No. 128) in the above matter,

IT IS ORDERED that this case is reassigned to District Judge Joseph F. Bataillon for disposition and remains assigned to Magistrate Judge F. A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 22nd day of February, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge