IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:98CR136 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| BARTEN A. VOLLMER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that hearing on the defendant's Motion to Review Conditions of Supervised Release (Filing No. 131) is scheduled for hearing before the undersigned on **June 1, 2006, at 1:30 p.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The defendant must be present for this hearing.

IT IS FURTHER ORDERED that the clerk of court shall mail a copy of this order to the U.S. Probation Office for the Western District of Missouri, Attention: David Dickerson, 4510 Charles Evans Whittaker, U.S. Courthouse, 400 E. Ninth St., Kansas City, Missouri 64106.

DATED this 15th day of May, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge