IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:98CR136 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| BARTEN A. VOLLMER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On this 1st day of June, 2006, defendant's Motion to Review Conditions of Supervised Release (Filing No. 131) is heard. The defendant is present with his attorney, Adam Sipple. The government is represented by AUSA Michael Norris.

The defendant requests the court to allow him to travel to the Troy, Kansas, area in order to assist his family with its farming operation. He also requests permission to travel to New York State to participate in litigation concerning his son.

The court finds that such travel may generally be permitted under the terms of the defendant's supervised release subject to the defendant obtaining permission from his probation officer. The court hereby amends the defendant's terms of supervised release by adding the following provisions:

12) The defendant shall not leave the district to which he is assigned (the district) unless he obtains permission in advance from his probation officer. The defendant is required to submit in writing his request for travel outside the district at least **two** weeks in advance of any such travel <u>unless</u> it is for travel to the New York vicinity in which case such request must be made in writing at least **four** weeks in advance of said travel. Furthermore, any travel to the state of New York must be approved in advance by this court.

13) In general the defendant may be allowed to travel outside the district if such travel is reasonably related to work or litigation. This general

rule is subject to the probation officer's review to determine whether the travel is reasonable, verifiable, and there are sufficient controls/safeguards to assure that the defendant is conforming to the restrictions of his supervised release.

IT IS ORDERED:

1. The defendant's supervised release conditions are amended to add the above provisions (12 & 13) and his Motion to Review Conditions of Supervised Release (Filing No. 131) is granted consistent with the provisions of this order.

2. The clerk of court shall mail a copy of this order to the U.S. Probation Office for the Western District of Missouri, Attention: David Dickerson, 4510 Charles Evans Whittaker U.S. Courthouse, 400 E. Ninth St., Kansas City, Missouri 64106.

DATED this 1st day of June, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge